2017R00950/DCC

RECEIVED
APR 09 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Crim. No. 18-180 |
| PEDRO VERGARA | : | **WAIVER OF INDICTMENT** |

I, PEDRO VERGARA, the above-named defendant, who is charged with one count of:

> fraudulently and knowingly exporting and sending from the United States, and attempting to export and send from the United States, merchandise, articles, and objects, including firearms subject to sales restrictions and licensing controls under Title 18, United States Code, Section 922(a)(1)(A), and receiving, concealing, buying, selling and in any manner facilitating the transportation, concealment, and sale of such merchandise, articles and objects, prior to exportation, knowing the same to be intended for exportation, in violation of Title 18, United States Code, Section 554(a),

and being advised of the nature of the charge, the proposed Information, forfeiture, and my rights, hereby waive in open court on April 9, 2018 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
PEDRO VERGARA
Defendant

_____
WILLIAM A. PROETTA, ESQ.
Counsel for Defendant

Before: _____
HONORABLE MICHAEL A. SHIPP
United States District Judge